# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Alabama Aircraft Industries, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 11-10452 (PJW) |
| In re<br><br>Alabama Aircraft Industries, Inc.—Birmingham,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-10453 (PJW) |
| In re<br><br>Pemco Aircraft Engineering Services, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 11-10454 (PJW)<br><br>**Ref. Docket No. 3** |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon consideration of the Motion Of Debtors For Order Directing Joint Administration Of Related Chapter 11 Cases (the "**Motion**") filed by Alabama Aircraft Industries, Inc. and its affiliated debtors and debtors-in-possession (together, the "**Debtors**"), the Exhibits thereto, the authorities set forth and arguments made in the Motion, and the Declaration of Randall C. Shealy In Support of Chapter 11 Petitions and First Day Pleadings; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Alabama Aircraft Industries, Inc. (5295); (ii) Alabama Aircraft Industries, Inc.-Birmingham (6533); and (iii) Pemco Aircraft Engineering Services, Inc. (9969). The mailing address for all of the Debtors is 1943 50th Street North, Birmingham, AL 35212.

§§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that the relief requested is in the best interests of the Debtors and their respective estates and creditors; and after due deliberation and good cause existing to grant the relief requested in the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtors' Chapter 11 cases shall be jointly administered.

3. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' Chapter 11 cases.

4. A docket entry shall be made in each of the Debtors' Chapter 11 cases substantially as follows: "An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Alabama Aircraft Industries, Inc. and its affiliated debtors, and the docket in the case of Alabama Aircraft Industries, Inc. (Case No. 11-10452 (PJW)) should be consulted for all matters concerning such cases."

5. The Clerk of the Court shall maintain a single pleadings docket under the case number assigned to Alabama Aircraft Industries, Inc, which shall be the pleadings docket for all of the Debtors' Chapter 11 cases.

6. The caption of the jointly administered Chapter 11 cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ALABAMA AIRCRAFT INDUSTRIES, INC., *et al.*,[1] | ) Case No. 11-10452 (PJW) |
| | ) |
| | ) Joint Administrated |
| Debtors. | ) |

\* \* \*

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Alabama Aircraft Industries, Inc. (5295); (ii) Alabama Aircraft Industries, Inc.-Birmingham (6533); and (iii) Pemco Aircraft Engineering Services, Inc. (9969). The mailing address for all of the Debtors is 1943 50th Street North, Birmingham, AL 35212.

7. The Debtors, their creditors, and other parties in interest are hereby authorized to serve combined notices, pleadings and other papers as necessary to promote efficient administration of these cases.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: Wilmington, Delaware
February (7 2011

_____
PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE