UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

IN THE MATTER OF:                     Chapter 11

In re Alabama Aircraft Industries, Inc., *et al.*     Case No. 11-10452-PJW

      Debtors.

---

**STATEMENT THAT A COMMITTEE OF
UNSECURED CREDITORS HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )    Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( )    No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

(X)    Insufficient response to the United States Trustee communication/contact for service on the committee.

( )    No unsecured creditor interest

( )    Non-operating debtor-in-possession - - No creditor interest.

( )    Application to convert to Chapter 7 or to dismiss pending.

( )    Converted or dismissed.

                                              **ROBERTA A. DEANGELIS**
                                              **UNITED STATES TRUSTEE**

                                              /s/ Richard L. Schepacarter
                                              T. PATRICK TINKER
                                              Acting Assistant United States Trustee

DATED: March 4, 2011

Trial Attorney Assigned to this case: Richard L. Schepacarter, Esquire
cc: Attorney for Debtors: Joel Waite, Esquire