# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Alabama Aircraft Industries, Inc. | | |
| **Case Number:** | 11-10452-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, JUNE 13, 2011 10:00 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

Omnibus

**R / M #:**   318 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Adjourned
#2 - Resolved - Order Signed
#3 - Resolved - Order Signed
#4 - Continued to 6/23/11 @ 1:30 p.m.