# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ALABAMA AIRCRAFT INDUSTRIES, INC., et al.,[2] | ) ) ) | Case No. 11-10452 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | Ref. Docket No. 274 |
| | ) | |

## AGREED ORDER RESOLVING THE BOEING COMPANY'S MOTION FOR AN ORDER GRANTING IT RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE COMPELLING THE DEBTORS TO ASSUME OR REJECT THE CONTRACT

Upon consideration of The Boeing Company's ("Boeing") Motion for an Order Granting It Relief From the Automatic Stay or on the Alternative Compelling the Debtors to Assume or Reject the Contract (the "Motion")[3]; and the Court having jurisdiction over this matter under 28 U.S.C. § 1334; and this being a core proceeding under 28 U.S.C. § 157; and it appearing that notice of the Motion and the hearing on the Motion was proper and sufficient under the circumstances and that no other or further notice is required; and the Court determines that Rule 4001(d)(1) through (d)(3) of the Federal Rules of Bankruptcy Procedure shall not apply because the Motion was sufficient to afford reasonable notice of the material provisions of the Resolution Agreement (as defined below) and opportunity for a hearing; and upon the record of the hearing held on June 13, 2011 (the "Hearing"); Boeing and the above-referenced debtors (the

---

[2] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Alabama Aircraft Industries, Inc. (5295); (ii) Alabama Aircraft Industries, Inc.-Birmingham (6533); and (iii) Pemco Aircraft Engineering Services, Inc. (9969). The mailing address for all of the Debtors is 1943 50th Street North, Birmingham, AL 35212.

[3] All terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

"Debtors") having agreed upon a resolution of the Motion as set forth herein, and the parties present at the Hearing did not have any objection to the entry of the Order, it is now therefore

ORDERED that resolution of the Motion upon the terms of the J-05 and J-06 Maintenance Termination Agreement/Aircraft Preparation for Ferry Flight Protocol – 06 June 2011, attached hereto as Exhibit A (the "Resolution Agreement") is approved and the terms of the Resolution Agreement are incorporated as part of this Order as if fully set forth herein; and it is further

ORDERED that the automatic stay is hereby lifted to the extent required to permit Boeing to obtain possession of Aircraft J-05 (Aircraft No. 63-8877) and Aircraft J-06 (Aircraft No. 57-1432) upon the terms and subject to the conditions set forth in the Resolution Agreement; and it is further

ORDERED that except as set forth in the Resolution Agreement, neither the Resolution Agreement nor the entry of this Order shall result in the waiver of the claims, set off rights, or recoupment rights, if any, that Boeing, its affiliates, and their subsidiaries (collectively, the "Boeing Parties") on the one hand and the Debtors on the other hand have against each other, which claims and rights, if any, are preserved and remain subject to the right of any party in interest to challenge such claims and rights; and it is further

ORDERED that this Court has and shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation and enforcement of the Resolution Agreement and this Order, including ancillary questions arising in the implementation of the second ordering paragraph above; and it is further

YCST01:11149055.2                                                                                                                    070130.1001

ORDERED that this Order shall be immediately in full force and effective notwithstanding any stay, if applicable, arising under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure or otherwise; and it is further

ORDERED that the Debtors shall serve the Order upon the following: (i) the Office of the United States Trustee, Attention: Richard Schepacarter; (ii) the Official Committee of Unsecured Creditors; and (iii) those parties which have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

Dated: June 13, 2011.

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

AGREED TO BY:

Young Conaway Stargatt & Taylor, LLP

_____
Joel A. Waite (No. 2925)
John T. Dorsey (No. 2988)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801-0391
Telephone: (302) 571-6600

Counsel to the Debtors and Debtors-in-Possession

LOIZIDES, P.A.

_____
Christopher D. Loizides (No. 3968)
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone (302) 654-0248

Counsel to The Boeing Company