# EXHIBIT A



**Alabama Aircraft Industries, Inc.**

1943 50th Street North • Birmingham, AL 35212
205-591-7870 | www.AlabamaAircraft.com

# J-05 and J-06 Maintenance Termination Agreement
## Aircraft Preparation for Ferry Flight Protocol – 06 June 2011

### REASON:
- Boeing, (Customer) has requested AAII cease normal PDM maintenance processing under Long Term Requirements Contract (LTRC) 110794 for the purpose of moving assets for induction into the GATM line and completion of PDM maintenance tasks by Customer.

### GOALS:
- AAII shall complete scheduled maintenance activities on J-05 no later than 30 June 2011, with a target delivery date scheduled before that date.
- AAII shall complete scheduled maintenance activities on J-06 no later than 30 June 2011 with a target delivery date scheduled before that date.
- The target delivery schedule is based on the deferral assumptions reflected in the two documents attached hereto and incorporated herein entitled J-05 WORK/DEFER MAINTENANCE TASK—Preliminary 9-June-2011 and J-06 WORK/DEFER MAINTENANCE TASK—Preliminary 9-June-2011, hereinafter referred to collectively as the "Ferry Flight Work Scopes".

### OPERATIONAL TERMS AND CONDITIONS:
- It is understood both aircraft shall be provided to the Customer in a condition compliant with their respective "Ferry Flight Work Scopes" for a one time ferry flight to San Antonio, Texas as directed by the USAF.
- It is understood that the condition of both aircraft at time of delivery will not be fully compliant with final PDM requirements.
- It is understood AAII shall provide Boeing a Certificate of Conformance (CoC) indicating the PDM tasks accomplished prior to release and those which require Boeing completion or additional work. The CoC issued by AAII shall be the formal document to detail the status of all required aircraft maintenance and completion of all contractual maintenance requirements. Customer and DCMA shall sign the CoC prior to departure signifying their acceptance of the work required to be performed under LTRC 110794 as modified by this Agreement.
- All areas temporarily closed by AAII to facilitate compliance for the ferry flight shall be subjected to a clean and secure inspection documented on the associated AAII work card by all parties.
- All open AAII work cards shall have a documented disposition reflecting the final condition, status or closure of the work task for permanent records.
- Maintenance tasks ceased in-progress in order to facilitate transfer of the asset(s) prior to completion shall be documented as not accomplished. This shall eliminate the possibility of inducing a non-compliance status relative to full accomplishment of the task.
- It is understood that, as maintenance activities continue on these aircraft at AAII in preparation for the ferry flight, additional maintenance tasks or defects may be identified. These additional tasks shall be jointly (AAII and the Customer) assessed for deferral if noncritical for safe flight or rectified with the necessary adjustment to the delivery schedule. AAII shall not be held liable for schedule delays caused thereby or for delays caused by force majeure events as that term is defined in LTRC 110794, lack of CFM2, GFM parts or engineering required to be provided by the Customer or USAF.



## Alabama Aircraft Industries, Inc.

1943 50th Street North • Birmingham, AL 35212
205-591-7870 | www.AlabamaAircraft.com

- It is understood AAII, the Customer and the USAF must work jointly to find effective and timely resolution to any obstacles hindering the accelerated delivery schedule of both aircraft.
- Both parties to this Agreement agree to use all good faith efforts to adhere to an appropriate ferry flight analysis, schedule commitments and final delivery.

INCENTIVES:
- If AAII completes work as described in the "Ferry Flight Work Scopes" by 30 June 2011 or fails to do so for reasons solely attributable to delays caused by aforesaid adjustments to delivery schedule, force majeure events as that term is defined in LTRC 110794, lack of CFM2, GFM parts or engineering required to be provided by the Customer or USAF ("timely delivery"), AAII shall receive the milestone payments that would be due to AAII under the contract as if AAII successfully completed remaining PDM work and delivered the finished aircraft, including Over and Above work as that term is defined in LTRC 110794 that has been approved by Customer and completed by AAII but not yet paid by the time of aircraft delivery, and Customer shall waive AAII's obligation to complete PDM services and will not assert any set off or recoupment rights with respect to payment obligations on J-05 and J-06.
- In the event either aircraft is not delivered by 30 June 2011 due to AAII's inability to meet the Air Force's one time flight requirements for any reason, the Customer shall have the right, without further notice or court order, to take immediate possession of such aircraft on 1 July 2011 (or at such other time after 1 July 2011 on which customer is prepared to take possession). In such event, if the non-delivery by 30 June 2011 is solely attributable to aforesaid adjustments to delivery schedule, force majeure events as that term is defined in LTRC 110794, lack of CFM2, GFM parts or engineering required to be provided by the Customer or USAF, AAII shall receive the milestone payments that would be due to AAII under the contract as if AAII successfully completed remaining PDM work and delivered the finished aircraft, including Over and Above work as that term is defined in LTRC 110794 that has been approved by Customer and completed by AAII but not yet paid by 30 June 2011, and Customer shall waive AAII's obligation to complete PDM services and will not assert any set off or recoupment rights with respect to payment obligations on J-05 and J-06. Alternatively, if the non-delivery by 30 June 2011 is attributable to any other cause, AAII shall receive the milestone payments that would be due to AAII under the contract as if AAII successfully completed remaining PDM work and delivered the finished aircraft, including Over and Above work as that term is defined in LTRC 110794 that has been approved by Customer and completed by AAII but not yet paid by 30 June 2011, MINUS A LIQUIDATED DAMAGES AMOUNT OF $500,000 PER AIRCRAFT NOT DELIVERED, and Customer shall waive AAII's obligation to complete PDM services and will not assert any set off or recoupment rights with respect to payment obligations on J-05 and J-06, PROVIDED THAT AAII HAS MAINTAINED SUFFICIENT QUALIFIED WORKFORCE AND RESOURCES TO PERFORM THE SCOPE OF WORK AS MODIFIED BY THIS AGREEMENT. If no such workforce has been maintained by AAII through 30 June 2011, Boeing will owe no payment to AAII for the aircraft not delivered by 30 June 2011.
- Further, except as expressly agreed herein, the parties reserve all rights and remedies available under the Contract.
- In the event of a dispute over amounts owed hereunder, Boeing shall promptly pay undisputed amounts pending resolution of disputed amounts.
- The parties agree that the Delaware Bankruptcy Court shall maintain jurisdiction over interpretation or enforcement of this agreement.



**Alabama Aircraft Industries, Inc.**

1943 50th Street North • Birmingham, AL 35212
205-591-7870 | www.AlabamaAircraft.com

ADMINSTRATION:
- The release of aircraft for ferry flight shall complete all AAII obligations with regard to the aircraft's PDM maintenance contract.
- Prior to departure of the ferry flight to San Antonio, the completed Certificate of Conformance described herein shall be the instrument which formally provides closure to the contractual requirements of this agreement and generates the release of funds due to AAII.
- AAII will be responsible for discrepancies discovered during the ferry flight for AAII work scope under the PDM maintenance contract as modified by this Agreement. Boeing will take all responsibility for performing and assume all liabilities associated with any repairs of such discrepancies that may be identified during the ferry flight.
- Assuming "timely delivery", the final milestone payment for aircraft delivery will be paid under LTRC 110794 standard contract procedure regardless of contract work scope requirements not accomplished by AAII and without consequence stemming from or caused by this waiver or its effect. However, for discrepancies attributable to AAII's work scope under LTRC 110794 as modified by this Agreement, Customer reserves all of its set off or recoupment rights, if any, as to any other actions related to LTRC 110794, except for the payments due for J-05 and J-06 as provided under the terms of this Agreement. The parties agree that execution of this Agreement will resolve Boeing's Motion for an Order Granting Boeing Relief from the Automatic Stay or In the Alternative Compelling the Debtors to Assume or Reject the Contract (the "Motion") and the parties will submit a consent order to the Court at the June 13, 2011 omnibus hearing approving this Agreement as a resolution of the Motion.
- AAII is relieved and will not be held liable or responsible for any warranty or monetary liabilities related to the work scope for J-05 or J-06 under LTRC 110794, LTRA 06-003, that is waived by this Agreement.

-----------END-----------

| AAII | BOEING |
|---|---|
| *R.Q.A.* | *Bill Clark* |
| Signature | Signature |
| RONALD A. ARAMINI | Bill Clark |
| Printed Name | Printed Name |
| PRESIDENT & CEO | KC-135 SCM MGR |
| Title | Title |
| June 9, 2011 | June 10, 2011 |
| Date | Date |

Attachments: J-05 WORK/DEFER MAINTENANCE TASK—Preliminary 9-June-2011
　　　　　　　J-06 WORK/DEFER MAINTENANCE TASK—Preliminary 9-June-2011

J-05  WORK/DEFER MAINTENANCE TASK-------Preliminary  9-Jun-2011

| Task # | MO / Work Order | Description | Comment | Work Prior to Flight | Waiver |
|---|---|---|---|---|---|
| 1. | 2361 | Final bay inspection Area 01 | Items secure - NO FOD | YES | |
| 2. | 2356 | Final bay inspection Area 06 | Items secure - NO FOD | YES | |
| 3. | 1591 | Install boom sighting door | | YES | |
| 4. | 2654 | Security check and close out of rewire areas | | YES | |
| 5. | 1614 | Install pilot/copilot side pnls/glare shield | | YES | |
| 6. | 1977N02511 | RGA warning monitor computer inop | 1 RGA MUST WORK | | |
| 7. | 1519 | Fuel leak check | No Class "D" leaks allowed | | |
| 8. | 4114 | KC-135 dropped object prevention inspection | | YES | |
| 9. | 1977N00197 | A20 portable fire extinguisher 12 mo inspection | | YES | |
| 10. | 1464 | Engine leak check/clean/security | | YES | |
| 11. | 4000 | Preflight | | YES | |
| 12. | 235 | Fuel test | | YES | |
| 13. | 1535 | Fuel service for FCF---Ferry Flight | | YES | |
| 14. | 1046 | Ops check/leak check APU ducts | | N/A | |
| 15. | 1644 | Ops check engine fuel feed system | | YES | |
| 16. | 1510 | Inspect tail stand and ladder | General use | YES | |
| 17. | 2478 | Ops check A/R line valve and A/R fuel pump | | YES | |
| 18. | 1840 | First release for FCF | Ferry Flight | | YES |
| 19. | 4005 | Support flight crew | | YES | |
| 20. | 1977N02473 | Replace #3 engine nacelle yellow fire discharge indicator | Bottle Must be servicable | | |
| 21. | 1710 | Clean & security cockpit | | YES | |
| 22. | 2551 | Ops check VHF/UHF/HF radios | VHF & UHF only | YES | |
| 23. | 1977N02461 | Copilot's radio altimeter failed self test | 1 Side Must Work | YES | |
| 24. | 1977N02507 | Copilot's AOA failed torque test | 1 Side Must Work | YES | |

| Task # | MO / Work Order | Description | Comment | | |
|---|---|---|---|---|---|
| 25. | 1027 | Leak check dual oxygen system | Awaiting O$_2$ delivery | YES | |
| 26. | 1678 | Install loose equipment | Loose equipment returned, not installed | YES | |
| 27. | 2712 | Ops check FDR | | YES | |
| 28. | 2555 | Ops check IMS/FMS/Flight Director | 1 Nav system MUST be operational | YES | |

# Defer

| Task # | MO / Work Order | Description | Comment | | |
|---|---|---|---|---|---|
| 1. | 1977N02437 | Repair leaking fastener in production break #4 reserve fuel tank | No Class "D" leaks allowed | | |
| 2. | 1977N02445 | Repair #93 door leak #4 reserve fuel tank | No Class "D" leaks allowed | | |
| 3. | 1977N02464 | Repair RH center wing fuel leak | No Class "D" leaks allowed | | |
| 4. | 1977N02504 | Repair short TCAS suppression coax connector | | N/A | |
| 5. | 2709 | Ops check RVSM | | N/A | |
| 6. | 1977N00137 | TCAS shows bit code 1 | | N/A | |
| 7. | 1750 | Ops check NESA glass system | Window Heat | N/A | |
| 8. | 1977N00070 | Altimeter correction card removed | Incoming | N/A | |
| 9. | 2710 | Ops check TCAS | | N/A | |
| 10. | 2706 | Ops check autopilot | | N/A | |
| 11. | 1977N02471 | Replace blind fasteners in RH MLG wire harness stand off | | YES | |
| 12. | 1977N02472 | #2 APU fire shutoff valve intermittent | | N/A | |
| 13. | 1977N02497 | Aircraft failed outgoing SWM test | | N/A | |
| 14. | 1977N02176 | Accomplish hydraulic sampling | | N/A | |
| 15. | 1977N00015 | Reinstall loose equipment (anti-exposure suits, cold weather gear, body armor suits, protective clothing, FPOS) | Loose equipment loaded, not reinstalled | | |

| # | ID | Description | Notes | Status |  |
|---|---|---|---|---|---|
| 16. | 1977N00014 | Reinstall loose equipment (life rafts) | Loose equipment loaded, not reinstalled |  |  |
| 17. | 1977N00010 | Reinstall loose equipment (crew berths) | Loose equipment loaded, not reinstalled |  |  |
| 18. | 1977N02469 | Install interior/exterior decals, repair paint markings | As required for Flight | YES |  |
| 19. | 1977N02444 | Provide paint support for aircraft |  | N/A |  |
| 20. | 1977N02443 | Provide de-paint support for aircraft |  | N/A |  |
| 21. | 1676 | Periodic inspection ACM pneumatic thermostat checkout |  | YES |  |
| 22. | 1651 | A/R boom to nozzle regulator checkout |  | N/A |  |
| 23. | 1566 | Ops check boom fuel flow meter |  | N/A |  |
| 24. | 1550 | Leak check A/R boom |  | N/A |  |
| 25. | 1077 | Fuselage interior markings | Emergency Markings | YES |  |
| 26. | 1026 | Ops check cabin pressure control system | Below 10,000 ft | N/A |  |
| 27. | 1028 | Ops check air conditioning system |  | YES |  |
| 28. | 1459 | Leak check cabin air conditioning |  | YES |  |
| 29. | 2207 | Engine run fuel consumption check |  | YES |  |
| 30. | 1806 | Leak test air conditioning system header ducts |  | YES |  |
| 31. | 3079 | Periodic inspection oxygen regulator hoses |  | YES |  |
| PCW | 1977N02506 | Pilot's warning monitor panel localizer annunciator inop | PCW |  |  |
| 33. | 1582 | FCF procedures | Ferry Flight |  |  |
| 34. | 2554 | Ops check WXR700 |  | N/A |  |
| 35. | 1977N02475 | Copilot annunciator overhead dimmer control intermittent |  | N/A |  |
| 36. | 1977N02441 | Work misc. avionics discrepancies from FCF |  | N/A |  |
| 37. | 1977N02479 | #2 engine missing white insulators on P-leads | Incoming | N/A |  |

| # | ID | Description | Phase | Status | |
|---|---|---|---|---|---|
| 38. | 1977N02478 | Cut fuel boost pump service loop wires to length | | YES | |
| 39. | 1977N02477 | Copilot RGA control panel lights inop | | N/A | |
| 40. | 1977N02476 | Boom pod center instrument panel lights inop | | N/A | |
| 41. | 1024 | Sta 96 – handle & park | Post-FCF | | |
| 42. | 1049 | Sta 96 – Fuel leak check | Post-FCF | | |
| 43. | 1417 | Sta 96 – Turbine engine monitoring system | Post-FCF | | |
| 44. | 1949 | Sta 96 – Defuel to flight load | Post-FCF | | |
| 45. | 4500 | Sta 96 – KC-135 post-flight | Post-FCF | | |
| 46. | 1022 | Sta 96 – Differential pressure check engines | Post-FCF | | |
| 47. | 1522 | Sta 96 – Clean & security cockpit | Post-FCF | | |
| 48. | 1136 | Sta 96 – Paint touchup | Post-FCF | | |
| 49. | 2093 | Sta 96 – Clean & security check engines | Post-FCF | | |
| 50. | 745 | Sta 96 – Inspect paint | Post-FCF | | |
| 51. | 1102 | Sta 96 – Depopulate navigation station | Post-FCF | | |
| 52. | 1547 | Sta 96 – Leak check engine fuel feed system | Post-FCF | | |
| 53. | 1635 | Sta 96 – Prep for final DD-250 | Post-FCF | | |
| 54. | 1650 | Sta 96 – Bleed air leak check after FCF | Post-FCF | | |
| 55. | 1946 | Sta 96 – Move & handle aircraft | Post-FCF | | |
| 56. | 2000 | Sta 96 – Hyd return filter element change after FCF | Post-FCF | | |
| 57. | 2435 | Sta 96 – Update aircraft records | Post-FCF | | |
| 58. | 4118 | Sta 96 – KC-135 quick turn | Post-FCF | | |
| 59. | 1977N0233 | Sta 96 – 60 day HPO inspection | Incoming | | |
| 60. | 1977N00235 | Sta 96 – Inspect heli-coil insert | Incoming | | |
| 61. | 1977N00580 | Sta 96 – Inspect depopulated nav suite component connectors | Post-FCF | | |
| 62. | 1977N01309 | Sta 96 – Remove hoist actuator gear box, service, reinstall | Post-FCF | | |
| 63. | 1977N01326 | Sta 96 – Identify and document latrine | Post-FCF | | |

| # | Code | Description | Comment | | |
|---|---|---|---|---|---|
| 64. | 1435 | Sta 97 – Clean aircraft | After flight sold | | |
| 65. | 1501 | Sta 97 – Fuel servicing | After flight sold | | |
| 66. | 4100 | Sta 97 – Preflight | After flight sold | | |
| 67. | 4116 | Sta 97 – Dropped object prevention inspection | After flight sold | | |
| 68. | 1502 | Sta 97 – Aircraft delivery | After flight sold | | |
| 69. | 1696 | Sta 97 – Install urinals | After flight sold | | |
| 70. | 2436 | Sta 97 – Update aircraft records | After flight sold | | |
| 71. | 1604 | Boost/override pump checkout | | YES | |
| 72. | 467 | Periodic inspection turbomach APU | | N/A | |
| 73. | 1977N02463 | Repair center wing bladder drain manifold leak | No Class "D" leaks allowed | | |
| 74. | 1977N02453 | Repair #1 aft bladder tank leak | No Class "D" leaks allowed | | |
| 75. | 1977N02448 | Repair LE FLCV conduit leak #4 reserve fuel tank | No Class "D" leaks allowed | | |

## TCTOs to be Completed

| Task # | TCTO | Description | Comment | | |
|---|---|---|---|---|---|
| 1. | 1C-135-1842 | Inspection of engine fire suppression system | | YES | |

## TCTOs to be Deferred

| Task # | TCTO | Description | Comment | | |
|---|---|---|---|---|---|
| 1. | 1C-135-022 | OTI of IB and OB hyd main wing flap flow regulators | | | |
| 2. | 1C-135-020 | OTI of CAIU for improper securing of mounting bracket | | | |
| 3. | 1C-135-1651C | Supplement to basic TO installation of carbon brakes and replacement wheels | Needs to be accomplished | Work | |
| 4. | 1C-135-1822 | Inspection of specific circuit breakers | | | |
| 5. | 1C-135-1828 | Inspection of aircraft latrines | | | |
| 6. | 1C-135-1831 | Inspection of depopulated navigator's suite connectors | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7. | 1C-135-1679 | Verification of completion of PDM task 1C75C | | | |
| 8. | 1C-135-1792 | Replacement of IFF receiver/transmitter | | | |
| 9. | 1C-135-1796 | Replacement of electronic cabinet cover | | | |
| 10. | 1C-135-1798 | Modification of ADIS wiring on Block 40 aircraft | | | |
| 11. | 1C-1351806 | Supplement to basic TO installation of additional power outlets | | | |
| 12. | 1C-135-1799 | Removal and replacement of VOR/LOC antenna | | | |

## Tinker One-Time Flight Minimum Requirements List

| | Task # | Task Description | Related Documents | Document Description | Status |
|---|---|---|---|---|---|
| O₂ / Weight Requirements | 1. | 24 hour O₂ leak check | 1027 | Leak check dual O-₂ system | NCW |
| | 2. | O₂ regulator checkout | 1027 | Leak check dual O-₂ system | NCW |
| | 3. | Weight and balance | | | CW |
| Required operational checks | 4. | Flight instruments | 2712 | Ops check FDR | |
| | | | 2555 | Ops check IMS/FMS/Flight Director | |
| | 5. | Compass swing | 2590 | Standby compass adjustment | CW |

| | | | | | |
|---|---|---|---|---|---|
| Avionics/Electronics requi | 6. | Fuel panel | | | CW |
| | 7. | CDU | | | CW |
| | 8. | Airspeed and altitude | | | |
| | 9. | AOA | 1977N02507 | Copilot's AoA failed torque test | IW |
| | 10. | RGA equipment rack | 1977N02511 | RGA warning monitor computer inop | |
| | | | 1977N02508 | Pilot's RGA disc pickle switch inop | |
| | 11. | VHF system | 2551 | Ops check VHF/UHF/HF radios | CW |
| | 12. | UHF system | 2551 | Ops check VHF/UHF/HF radios | CW |
| | 13. | INS #1 and #2 | | | |
| | 14. | Pitot static system | | | CW |
| | 15. | Fire suppression system | 1977N02466 | T Handle operational check during engine run | CW |
| | | | 1977N02473 | Replace #3 engine nacelle yellow fire discharge indicator | |
| | | | 1977N00232 | Accomplish APU squib time change replacement | |
| | 16. | Fire bottle system squib installation | | | CW |
| | 17. | Battery cap | | | CW |
| | 18. | Anti-skid | | | CW |
| Fuel cell system | 19. | Fuel transfer system operational | 1720 | Fuel gravity feed ops check | |
| | | | 1644 | Ops check engine fuel feed system | |

| | # | Task | Code | Description | |
|---|---|---|---|---|---|
| | | | 2478 | Ops check A/R line valve and A/R fuel pump | |
| | 20. | Fuel quantity system operational | | | |
| | 21. | Class D fuel leaks corrected | | | |
| Engines required operational checks | 22. | Engine runs | 1717 | Depreserve engines | CW |
| | | | 1457 | Wet motor engines | CW |
| | | | 1456 | Ground idle/flight idle ops check | CW |
| | 23. | Acceleration and Deceleration | 1455 | Engine accel/decel check | CW |
| | 24. | EFAS | 1354 | EFAS/yaw dampener check | |
| | | | 2564 | Ops check FCAS/EFAS | |
| | 25. | Generator checkout | 2617 | IDG disconnect | CW |
| Hyd system ops checks | 26. | Landing gear | | | CW |
| | 27. | Flight controls | | | CW |
| | 28. | Run and bleed LH and RH hyd systems | | | CW |
| | 29. | Hyd filter change | | | CW |
| | 30. | Service LH and RH hyd systems | 1497 | Check hyd system servicing | CW |
| Boom | 31. | Ensure boom is up and locked | | | CW |
| -21 equipment installed | 32. | Emergency escape spoiler system | | | |
| | 33. | Emergency first aid kits | 1678 | Install loose equipment | |
| | 34. | Emergency egress systems | 1678 | Install loose equipment | |
| | 35. | Portable fire bottles | 1678 | Install loose equipment | |
| | | | 1977N00197 | A20 portable fire bottle inspection (12 months) | |

| Task # | MO / Work Order | Description | Comment | Work Prior to Flight | Waiver |
|---|---|---|---|---|---|
| 1. | 2014N01536 | Replace rain removal duct attach bracket bolts | | YES | |
| 2. | 1842I | Install center equipment bay ducts/components | | YES | |
| 3. | 1307 | R&R airflow controller | | YES | |
| 4. | 656 | Verification of AFTO 103 items | | N/A | |
| 5. | 1861 | R&R FCS safety switches and relays | | YES | |
| 6. | 1490 | Service hydraulic accumulators | | YES | |
| 7. | 2356 | Final bay inspection area 06 | Items secured - NO FOD | YES | |
| 8. | 2362 | Final bay inspection area 02 | Items secured - NO FOD | YES | |
| 9. | 2367 | Final bay inspection area 22 | Items secured - NO FOD | YES | |
| 10. | 2363 | Final bay inspection area 09 | Items secured - NO FOD | YES | |
| 11. | 2361 | Final bay inspection area 01 | Items secured - NO FOD | YES | |
| 12. | 2355 | Final bay inspection area 03 | Items secured - NO FOD | YES | |
| 13. | 2014N01971 | Replace hydraulic crossover valve | | YES | |
| 14. | 2014N01992 | LH WW hydraulic tubing has cracked b-nut | | YES | |
| 15. | 1591 | Install boom sighting door | | YES | |
| 16. | 1264 | Install boom | | YES | |
| 17. | 1386 | Lubricate boom control cables | | YES | |
| 18. | 1333 | Lubricate NLG control cable | | YES | |
| 19. | 1997 | Hydraulic crossover valve ground check | | YES | |
| 20. | 1991 | Close wing access RH | | YES | |
| 21. | 1990 | Close wing access LH | | YES | |
| 22. | 2014N01987 | Jack/dejack to complete landing gear ops | | YES | |
| 23. | 2014N01969 | GPWS process has multiple faults | | YES | |
| 24. | 2014N01982 | Pilot and copilot AOA transmitters fail torque test | 1 Side Must be operational | YES | |
| 25. | 6034 | Battery maintenance | | YES | |

| # | ID | Description | Notes | Done | |
|---|---|---|---|---|---|
| 26. | 2657 | Security check and closeout rewire areas | | YES | |
| 27. | 2656 | Security check and closeout rewire areas | | YES | |
| 28. | 2655 | Security check and closeout rewire areas | | YES | |
| 29. | 2654 | Security check and closeout rewire areas | | YES | |
| 30. | 2014N01743 | Replace relay canned from J-06 to H-14 | | YES | |
| 31. | 2512 | Ops check EGPWS (TAWS) | | | |
| 32. | 1844 | Cockpit and instrument panel installation | | YES | |
| 33. | 1614 | Install pilot/copilots side panels/glare shield | | YES | |
| 34. | 2014N01932 | Center MFD has fail code 8 | | YES | |
| 35. | 2014N01984 | Pilot RGA pitch computer inop – cmd bars drive out of view | | YES | |
| 36. | 2014N00047 | ELT intermittent | Incoming | N/A | |
| 37. | 2014N01779 | Inspect engine brackets for contact with VSV system | AIDR action | YES | |
| 38. | 1316 | Fuel transfer | | YES | |
| 39. | 1506 | Engine strut #1 | | YES | |
| 40. | 1507 | Engine strut #2 | | YES | |
| 41. | 1508 | Engine strut #3 | | YES | |
| 42. | 1509 | Engine strut #4 | | YES | |
| 43. | 1519 | Fuel leak check | | YES | |
| 44. | 1520 | Service fuel system | | YES | |
| 45. | 1499 | Service landing gear struts | | YES | |
| 46. | 1484 | Service MLG/NLG tires | | YES | |
| 47. | 1150 | Prep A/C before refueling | | YES | |
| 48. | 1106 | Install stinger | Which one?? | YES | |
| 49. | 1604 | Boost/override pump checkout | | YES | |
| 50. | 1505 | Pressure check fuel manifold | | YES | |
| 51. | 3111 | Aircraft markings | Ferry flight markings only | YES | |
| 52. | 1713 | Service engine oil tanks | | YES | |
| 53. | 4009 | Release for FCF | | N/A | |
| 54. | 5103 | Ops check landing gear handle warning light | | YES | |
| 55. | 4114 | Dropped object prevention inspection | | YES | |

| # | Code | Description | Notes | Status | |
|---|---|---|---|---|---|
| 56. | 4005 | Support flight crew | | YES | |
| 57. | 1464 | Engine leak check/clean & security | | YES | |
| 58. | 467 | Periodic inspection turbomach APU | | N/A | |
| 59. | 4000 | Preflight | | YES | |
| 60. | 235 | Fuel test | | YES | |
| 61. | 1535 | Fuel service for FCF | Ferry flight | YES | |
| 62. | 1720 | Fuel gravity feed test | | YES | |
| 63. | 1354 | EFAS/yaw dampener check | | YES | |
| 64. | 1455 | Engine accel/decel checks | Ground | YES | |
| 65. | 1456 | Ground idle/flight idle check | Ground | YES | |
| 66. | 1722 | Pre-engine motor/run insp & service | | YES | |
| 67. | 1717 | Depreserve engines | | YES | |
| 68. | 1457 | Wet motor engines | | YES | |
| 69. | 1046 | Ops/leak check APU ducts | | N/A | |
| 70. | 1644 | Ops check engine fuel feed system | | YES | |
| 71. | 1497 | Check servicing of hydraulic system | | YES | |
| 72. | 1036 | Pressurized emergency exit spoiler | | YES | |
| 73. | 1677 | Install aircraft ladder | | YES | |
| 74. | 2478 | Ops check A/R line valve and A/R fuel pump | | YES | |
| 75. | 1859 | Ops check crew entry door | | YES | |
| 76. | 2601 | Ops check VHF/UHF/HF radio | VHF & UHF only | YES | |
| 77. | 2690 | Standby compass adjustment | | YES | |
| 78. | 2014N00023 | Perform ELT battery and magnetic reed switch ops check | Incoming | | |
| 79. | 1710 | Clean & security check cockpit | | YES | |
| 80. | 1708 | Install fire extinguisher cartridges | | YES | |
| 81. | 1109 | Install APU fire extinguisher cartridges | | YES | |
| 82. | 2621 | Ops check CIPPS | | | |
| 83. | 2613 | Ops check FCAS/EFAS | | YES | |
| 84. | 2617 | IDG disconnect | | | |
| 85. | 2620 | Ops check ELT | | | |
| 86. | 220 | FOD inspection prior to DD-250 | | N/A | |

# Defer

| Task # | MO / Work Order | Description | Comment | | |
|---|---|---|---|---|---|
| 1. | 2014N01552 | Replace tube canned from J-06 to J-04 | | YES | |
| 2. | 3075 | CPC restoration, BS 178 bulkhead | | N/A | |
| 3. | 319 | Inspect A/R boom | | N/A | |
| 4. | 2014N01892 | Remove recoil shock absorber assy from boom | REMOVE???? | ?? | |
| 5. | 1289 | Boom pivot fork assy | | YES | |
| 6. | 1956 | Install boom panels | | YES | |
| 7. | 2349 | A/R Boom | | YES | |
| 8. | 1637 | A/R boom – remove/replace gland seal packings | | YES | |
| 9. | 510 | ISP inspection boom fairing | | YES | |
| 10. | 2014N01978 | Replace LH WW brake hydraulic tube twisted at b-nut | | YES | |
| 11. | 2014N01492 | Boom fairing IFR sighting door seal torn and missing | | N/A | |
| 12. | 2014N01931 | Stab trib metal-cal on upper control not legible | | YES | |
| 13. | 1282 | Install oxygen bottle rack | | YES | |
| 14. | 2099 | Remove fans, LT's air supply, and vacuum cleaner | | YES | |
| 15. | 1440 | Ops check boom | | N/A | |
| 16. | 1032 | Clean prior to closeout | | YES | |
| 17. | 2014N00026 | Boom will not past down below 40° | Incoming | N/A | |
| 18. | 1944 | Boom nozzle/marker, hyd & elec ops check | | N/A | |
| 19. | 1911 | Signal coil checkout | | N/A | |
| 20. | 1903 | Ops check A/R system | | N/A | |
| 21. | 1904 | Ops check boom indicating system | | N/A | |
| 22. | 1543 | Rig ruddervator lock system | | N/A | |
| 23. | 2014N01940 | Area 3 has multiple defects found during closeout | No safety of flgiht defects allowed | YES | |
| 24. | 2014N01877 | Bracket for boom wire harness cracked | | N/A | |
| 25. | 2014N01922 | Cargo bay area 3 has loose wiring harnesses | | YES | |

| # | Code | Description | Note | Status | |
|---|---|---|---|---|---|
| 26. | 2014N01980 | RH wing retractable light is inop | | N/A | |
| 27. | 1075 | Cabin pressure system control line leak check | | N/A | |
| 28. | 1616 | Ops check lights/systems | | YES | |
| 29. | 2014N00025 | Boom operator azimuth gauge lights inop | Incoming | N/A | |
| 30. | 2505 | Ops check FMS800/ops check flight director | | YES | |
| 31. | 2502 | Ops check ADIS | | | |
| 32. | 1750 | Ops check NESA heat | | YES | |
| 33. | 2014N01938 | Marker beacon receiver light inop | | N/A | |
| 34. | 2014N01933 | Nav station MFD has fail code 14 | | | |
| 35. | 2014N01878 | Link for boom wiring harness attachment cracked | | N/A | |
| 36. | 2014N01983 | Pilot RGA warning monitor panel localizer annunciator inop | Which one???? | ??? | |
| 37. | 2014N01981 | Replace RH underbody light bulb | | N/A | |
| 38. | 2014N01979 | Cargo door lights inop | | N/A | |
| 39. | 2014N00785 | E-TCAS comple ops check | Incoming | | |
| 40. | 2014N00474 | Replace regulator canned from J-06 to H-10 | | YES | |
| 41. | 2014N01964 | Cover for p-17 overhead panel edges delaminated | | N/A | |
| 42. | 1494 | Refuel after weight & balance | | YES | |
| 43. | 1947 | Defuel to flight load | | YES | |
| 44. | 2014N01989 | Fuselage proof pressure test | | YES | |
| 45. | 1492 | Defuel/drain for weight and balance | | N/A | |
| 46. | 3006 | Final clean A/C exterior | | N/A | |
| 47. | 3002 | Rework paint defects | | N/A | |
| 48. | 3110 | Paint stripped aircraft | | N/A | |
| 49. | 1566 | Ops check boom fuel flow meter | | N/A | |
| 50. | 3079 | Periodic inspection oxygen regulator hoses | | YES | |
| 51. | 5066 | SWM inspection | | N/A | |
| 52. | 1550 | Leak check A/R boom | | N/A | |
| 53. | 1338 | Jack, weight, dejack aircraft | | YES | |
| 54. | 472 | Avionics calendar inspection all instrument range markings | | YES | |

| | | | | Document Description | Status |
|---|---|---|---|---|---|
| 55. | 1077 | Fuselage interior markings | Emergency Markings | YES | |
| 56. | 1026 | Ops check cabin pressure control system | | N/A | |
| 57. | 1028 | Ops check air conditioning system | | YES | |
| 58. | 1459 | Leak check cabin air conditioning system | | Leak check dual O-$_2$ system | NCW |
| 59. | 1057 | Post wash lubrication | | Leak check dual O-$_2$ system | NCW |
| 60. | 1510 | Inspect tail stand and ladder | | | CW |
| 61. | 1027 | Leak check dual oxygen system | | Ops check FDR | |
| 62. | 1678 | Install loose equipment | Loose equipment loaded, not installed | Ops check IMS/FMS/Flight Director | |
| 63. | 2014N01645 | Manual pressure controller removed and replaced to FOM | | Standby compass | CW |
| 64. | 2014N01505 | Engine hydraulic filter assemblies due change | Incoming | | CW |
| 65. | 2014N01478 | Accomplish hydraulic sampling | | | CW |
| 66. | 2014N00856 | Co-pilot's static port minor defects | | | |
| 67. | 2014N000662 | Center boom pod cushion torn | | Copilot's AoA failed torque test | IW |
| 68. | 2014N00286 | Lubricate MLG WW door hinges post wash | | RGA warning monitor computer inop | |
| 69. | 2207 | Engine fuel consumption check | | Pilot's RGA disc pickle switch inop | |
| 70. | 1806 | Leak check air condition system header ducts | | Ops check VHF/UHF/HF radios | CW |
| 71. | 1676 | Periodic inspection ACM pneumatic thermostat checkout | | Ops check VHF/UHF/HF radios | CW |

| # | Code | Task | Phase | Additional Task | CW |
|---|------|------|-------|-----------------|-----|
| 72. | 1651 | A/R boom to nozzle regulator checkout | | | |
| 73. | 2600 | Ops check APX100 | | | CW |
| 74. | 1782 | FCF procedures – non GATM block 35 | | T Handle operational check during engine run | CW |
| 75. | 2605 | Ops check FMS800/ops check flight director | | Replace #3 engine nacelle yellow fire discharge indicator | |
| 76. | 2608 | Ops check INS-1 | | Accomplish APU squib time change replacement | |
| 77. | 2604 | Ops check WXR700 | | | CW |
| 78. | 745 | Inspect paint | | | CW |
| 79. | 1024 | Sta 96 – handle & park | Post-FCF | | CW |
| 80. | 1049 | Sta 96 – Fuel leak check | Post-FCF | Fuel gravity feed ops check | |
| 81. | 1417 | Sta 96 – Turbine engine monitoring system | Post-FCF | Ops check engine fuel feed system | |
| 82. | 1949 | Sta 96 – Defuel to flight load | Post-FCF | Ops check A/R line valve and A/R fuel pump | |
| 83. | 4500 | Sta 96 – KC-135 post-flight | Post-FCF | | |
| 84. | 1022 | Sta 96 – Differential pressure check engines | Post-FCF | | |
| 85. | 1522 | Sta 96 – Clean & security cockpit | Post-FCF | Depreserve engines | CW |
| 86. | 1136 | Sta 96 – Paint touchup | Post-FCF | Wet motor engines | CW |
| 87. | 2093 | Sta 96 – Clean & security check engines | Post-FCF | Ground idle/flight idle | CW |
| 88. | 745 | Sta 96 – Inspect paint | Post-FCF | Engine accel/decel check | CW |
| 89. | 1102 | Sta 96 – Depopulate navigation station | Post-FCF | EFAS/yaw dampener check | |
| 90. | 1547 | Sta 96 – Leak check engine fuel feed system | Post-FCF | Ops check FCAS/EFAS | |

| | | | | | |
|---|---|---|---|---|---|
| 91. | | 1635 | Sta 96 – Prep for final DD-250 | Post-FCF | IDG disconnect | CW |
| 92. | | 1650 | Sta 96 – Bleed air leak check after FCF | Post-FCF | | CW |
| 93. | | 1946 | Sta 96 – Move & handle aircraft | Post-FCF | | CW |
| 94. | | 2000 | Sta 96 – Hyd return filter | Post-FCF | | CW |
| 95. | | 2435 | Sta 96 – Update aircraft records | Post-FCF | | CW |
| 96. | | 4118 | Sta 96 – KC-135 quick turn | Post-FCF | Check hyd system servicing | CW |
| 97. | 2014N00018 | | Sta 96 – Inspect depopulated nav suite component connectors | Post-FCF | | CW |
| 98. | 2014N00228 | | Sta 96 – Remove hoist actuator gear box, service, reinstall | Post-FCF | | |
| 99. | 2014N00046 | | & ea pressure relief fuel caps require replacement per TCTO | Incoming | Install loose equipment | |
| 100. | | 1435 | Sta 97 – Clean aircraft | After flight sold | Install loose equipment | |
| 101. | | 1501 | Sta 97 – Fuel servicing | After flight sold | Install loose equipment | |
| 102. | | 4100 | Sta 97 – Preflight | After flight sold | A20 portable fire bottle inspection (12 months) | |
| 103. | | 4116 | Sta 97 – Dropped object prevention inspection | After flight sold | | |
| 104. | | 1502 | Sta 97 – Aircraft delivery | After flight sold | | |
| 105. | | 1696 | Sta 97 – Install urinals | After flight sold | | |
| 106. | | 2436 | Sta 97 – Update aircraft records | After flight sold | | |